■ In the Matter of the COUNTY OF SUFFOLK, Appellant-Respondent, Relative to Acquiring Title to Real Property Known as San Souci Lakes in the Town of Islip. KATHERINE M. MULDOON et al., Respondents-Appellants.— In a condemnation proceeding, the parties cross-appeal from an order and decree of the Supreme Court, Suffolk County, entered May 25, 1976, which, after a nonjury trial, *inter alia,* fixed the award of compensation to the claimants. Order and decree affirmed, without costs or disbursements. There is support in the record for the award in the instant matter. Hopkins, Acting P. J., Damiani, Hawkins and Suozzi, JJ., concur.